Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Third Party Subpoena Issued to SILICON IMAGE INC.<br><br>NEXUS DISPLAY TECHNOLOGIES LLC<br><br>      Plaintiff,<br><br>  v.<br><br>DELL INC.<br><br>      Defendant. | Case No. 4:15-mc-80241-KAW<br><br>Related to No. 2:14-cv-00762-RWS in the United States District Court of the Eastern District of Texas Marshall Division<br><br>AMENDED [PROPOSED] ORDER GRANTING DEFENDANT DELL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Having considered Defendant Dell Inc.'s ("Dell's") Administrative Motion to File Under Seal its Motion to Compel and the Enns Declaration in support thereof and all materials submitted in conjunction with it, and having determined that good cause exists to seal those documents, IT IS HEREBY ORDERED THAT Dell's administrative motion to seal is GRANTED.

The Clerk's office shall file under seal the following documents:

1. Motion to Compel Further Testimony from Third Party Silicon Image Inc.
2. Declaration of Krista M. Enns in Support of Motion to Compel Further Testimony from Third Party Silicon Image Inc.

IT IS SO ORDERED.

DATED: October 1, 2015

_____
Hon. Richard Seeborg
United States District Judge

AMENDED [PROPOSED] ORDER GRANTING DEFENDANT DELL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL